UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS


In re: JAMES B. BENHOFF            §        Case No. 11-80254
       MARJORIE M. BENHOFF        §
                                  §
          Debtors                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 01/24/2011.

2) The plan was confirmed on 04/01/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 04/01/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/12/2014.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,287.00.

10) Amount of unsecured claims discharged without full payment: $61,695.85.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 17,380.00 | |
| Less amount refunded to debtor | $ 280.00 | |
| **NET RECEIPTS** | | $ 17,100.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 950.22 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,950.22 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY BRIAN K LARKIN | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Sec | 2,176.38 | 1,802.83 | 1,802.83 | 1,802.83 | 0.00 |
| NORTHWEST BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 7,269.37 | 6,795.24 | 6,795.24 | 6,795.24 | 784.59 |
| SANTANDER CONSUMER USA, INC | Uns | 52.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN | Uns | 4,354.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,849.38 | 1,487.70 | 1,487.70 | 192.33 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 484.00 | 509.19 | 509.19 | 65.82 | 0.00 |
| CACH LLC | Uns | 822.00 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST SAVINGS BANK | Uns | 514.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 19,000.00 | 3,099.75 | 3,099.75 | 400.73 | 0.00 |
| CITY OF ROCKFORD PARKING | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 2,208.53 | 2,208.53 | 2,208.53 | 285.52 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 783.00 | 783.33 | 783.33 | 101.27 | 0.00 |
| DELEHANTY FUNERAL HOME | Uns | 7,661.89 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 530.48 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 216.36 | NA | NA | 0.00 | 0.00 |
| DIAMOND FAMILY MEDICAL | Uns | 556.58 | 2,030.90 | 2,030.90 | 262.55 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FINGERHUT | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 461.00 | 461.66 | 461.66 | 59.69 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 525.00 | 556.49 | 556.49 | 71.94 | 0.00 |
| LYDIA URBAN ACADEMY | Uns | 780.00 | NA | NA | 0.00 | 0.00 |
| EC2N TRUST | Uns | 664.00 | 664.34 | 664.34 | 85.88 | 0.00 |
| NICOR GAS | Uns | 141.00 | 354.08 | 354.08 | 45.78 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,835.00 | 5,282.68 | 5,282.68 | 682.94 | 0.00 |
| ORTHOPAEDIC ARTHRITIS CLINIC | Uns | 228.00 | 418.00 | 418.00 | 54.04 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 671.69 | 1,910.75 | 1,910.75 | 247.02 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 391.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 338.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 241.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 236.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 153.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEIDCAL | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 108.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 480.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 892.00 | NA | NA | 0.00 | 0.00 |
| REWARDS 66 META / DAKOTA | Uns | 812.25 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 36.47 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CLINIC | Uns | 1,307.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 622.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 236.00 | 4,046.71 | 4,046.71 | 523.15 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 169.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 308.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 133.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 449.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 892.00 | NA | NA | 0.00 | 0.00 |
| SALUTE | Uns | 961.00 | NA | NA | 0.00 | 0.00 |
| SALUTE | Uns | 836.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SALUTE VISA GOLD | Uns | 1,052.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Uns | 899.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 914.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 701.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MSO INC | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,341.00 | 1,341.82 | 1,341.82 | 173.47 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,439.00 | 1,466.74 | 1,466.74 | 189.62 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 899.25 | 1,073.64 | 1,073.64 | 138.80 | 0.00 |
| AFNI INC | Uns | 428.00 | 428.95 | 0.00 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Uns | 2,184.00 | NA | NA | 0.00 | 0.00 |
| WFCB / BLAIR CATALOG | Uns | 482.01 | NA | NA | 0.00 | 0.00 |
| WFNNB / AMERICAN | Uns | 4,354.00 | NA | NA | 0.00 | 0.00 |
| DAVID LAWRENCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 917.65 | 917.65 | 118.64 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 525.55 | 525.55 | 67.93 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,802.83 | $ 1,802.83 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,795.24 | $ 6,795.24 | $ 784.59 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,598.07 | $ 8,598.07 | $ 784.59 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,139.51 | $ 3,767.12 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 3,950.22 |
| Disbursements to Creditors | $ 13,149.78 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 17,100.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   07/22/2014                    By:   /s/ Lydia S. Meyer
                                                        Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)